UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AUTUMN RIDGE WEST, LTD, LLLP,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA,<br><br>　　　　　　　　Defendant. | NO: 2:18-CV-0005-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |

　　　BEFORE THE COURT is the parties' Joint Motion for Dismissal with Prejudice and without Costs or Fees (ECF No. 23). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court has reviewed the record and files herein, and is fully informed.

　　　According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

//

//

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs or fees to either party.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED February 15, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2