# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| AUTUMN RIDGE WEST, LTD, LLLP, *Plaintiff* v. OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA, *Defendant* | Civil Action No. 2:18-CV-0005-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to Rule 41(a)(1)(A)(ii) this action is DISMISSED with prejudice and without costs or fees to either party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on the parties Stipulation ECF No. 23.

Date: February 15, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen